IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Criminal Action: | 15-cr-00151-RBJ | Date: September 9, 2015 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation: Justine Kozak |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Rebecca S. Weber* |
| v. | |
| 1. JOSHUA RYAN GARMAN<br>**Defendant** | *Matthew K. Belcher* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:32 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

**ORDERED:**  [31] Defendant's Objections to the Presentence Report are **DENIED.**

Continued argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [31] Defendant's Objections to the Presentence Report are **DENIED.**

[34] Defendant's Motion for a Variant Sentence is **GRANTED IN PART and DENIED IN PART.**

[36] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) is **GRANTED.**

[37] Government's Motion to Dismiss Count 2 of the Indictment at Sentencing is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **72 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Defendant is to pay restitution in the total amount of $4629.00, as indicated on the record.

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado (Florence) and recommends that he be allowed to participate in a program for treatment of drug abuse (RDAP program).

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:07 a.m.          Hearing concluded.          Total time:     00:35